IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Meadows, Sabrina | Case Number: 06 B 15018 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 03/24/09 | Filed: 11/15/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 20, 2009
Confirmed: February 13, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20,033.59 | |
| Secured: | | 16,474.62 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 1,157.97 |
| Other Funds: | | 201.00 |
| Totals: | 20,033.59 | 20,033.59 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | Americredit Financial Ser Inc | Secured | 20,701.92 | 11,111.02 |
| 3. | Bank Of New York | Secured | 14,701.52 | 5,363.60 |
| 4. | Internal Revenue Service | Priority | 2,749.77 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 492.45 | 0.00 |
| 6. | Americredit Financial Ser Inc | Unsecured | 0.00 | 0.00 |
| 7. | Capital One | Unsecured | 1,284.64 | 0.00 |
| 8. | Affinity Cash Loans | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| | | | $ 42,130.30 | $ 18,674.62 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 79.29 |
| 5.4% | 526.03 |
| 6.5% | 282.32 |
| 6.6% | 270.33 |
| | $ 1,157.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Meadows, Sabrina

Printed: 03/24/09

Case Number:  06 B 15018
Judge:  Goldgar, A. Benjamin
Filed:  11/15/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: